JAGHAB BROTHERS v. NEW JERSEY INSURANCE
UNDERWRITING ASSOCIATION.

July 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE JORDAN AND
KEITH WEST.

July 14, 1981.

Petition for certification denied.

DANIEL CANADA v. BEST FOODS CORPORATION.

July 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS A. SHEFFIELD.

July 14, 1981.

Petition for certification denied.